UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-172-F

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THREE-COUNT GRAND JURY | ) | **ORDER** |
| INDICTMENT OF JUNE 2, 2010 | ) | |

Upon motion of the United States to unseal this matter, and for good cause shown, it is hereby ORDERED that the Clerk shall unseal all filings in this matter.

This  24th   day of June, 2010.

_____
David W. Daniel
United States Magistrate Judge