IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00172-F-1
No. 5:13-CV-00159-F

| | |
|---|---|
| BARTOLO GONZALEZ, )<br>        Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>        Respondent. ) | O R D E R |

This matter is before the court on Bartolo Gonzalez's Motion to Expand Scope of Evidentiary Hearing [DE-108]. In his motion, Gonzalez requests that the evidentiary hearing presently scheduled for March 25, 2015 also address the issue of whether his guilty plea was knowingly entered. The court believes it necessary to address Gonzalez's claim that his guilty plea was not knowingly entered. Therefore, Gonzalez's Motion to Expand Scope of Evidentiary Hearing [DE-108] is ALLOWED.

SO ORDERED.

This 25 day of February, 2015.

                                        JAMES C. FOX
                                        SENIOR UNITED STATES DISTRICT JUDGE